# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stormes. Nita L. | Southern District of Cal. | 06/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Mag. Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
940 Front Street
San Diego. CA 92101-8910

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Kenilworth Estates. Inc. ▨ -owned business) |
| 2. | Director | Parkway Estates. Inc. ( ▨ -owned business) |
| 3. | Director | Park Fulton East. Inc. ( ▨ -owned business) |
| 4. | Trustee | ▨ Trust |
| 5. | Trustee | ▨ Trusts |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Luce Forward Hamilton & Scripps ▨▨▨ Law Firm) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union - 2 Savings | A | Interest | K | T | | | | | |
| 2. Cabrillo Federal Credit Union - 2 IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 3. Cabrillo Federal Credit Union - 2 Checking | | None | J | T | | | | | |
| 4. California Bank & Trust - 2 IRA Cash equivalent | A | Interest | K | T | | | | | |
| 5. Cabrillo Federal Credit Union - 2 CD | A | Interest | | | Redeemed | 01/01/11 | J | A | |
| 6. Cabrillo Federal Credit Union - 1 Savings | A | Interest | J | T | | | | | |
| 7. Cabrillo Federal Credit Union - 3 Savings | A | Interest | J | T | | | | | |
| 8. Vanguard CA Money Market Fund - 3 | A | Interest | K | T | | | | | |
| 9. Vanguard Wellington Fund - 3 401(K) | C | Dividend | N | T | | | | | |
| 10. Vanguard 500 Index Fund - 3 401(K) | B | Dividend | N | T | | | | | |
| 11. Vanguard PRIMECAP Fund - 3 401(K) | B | Dividend | K | T | | | | | |
| 12. Vanguard GNMA Fund - 3 401(K) | B | Dividend | N | T | | | | | |
| 13. Vanguard Prime Money Fund - 3 401(k) | A | Interest | J | T | | | | | |
| 14. Vanguard Target Fund - 3 401(k) | A | Dividend | | | Sold | 11/02/11 | J | A | |
| 15. Vanguard Total Stock Fund - 3 401(k) | A | Dividend | M | T | | | | | |
| 16. Janus Overseas Fund - 3 401(K) | A | Dividend | | | Sold | 11/2/11 | J | A | |
| 17. Fidelity Magellan Fund (Fidelity Ultra) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Fund | A | Dividend | J | T | | | | | |
| 19. Janus Mercury Fund (now Janus Research Fund) | A | Dividend | J | T | | | | | |
| 20. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 21. Fidelity Puritan Fund | A | Dividend | J | T | | | | | |
| 22. Kaufman Fund | A | Dividend | J | T | | | | | |
| 23. Mutual Qualified Fund | A | Dividend | J | T | | | | | |
| 24. Oakmark Fund | A | Dividend | J | T | | | | | |
| 25. Scudder International Fund | A | Dividend | J | T | | | | | |
| 26. Vanguard Index Fund (Fidelity Ultra) | A | Dividend | J | T | | | | | |
| 27. Fidelity CA Muni Money Market (Fidelity Ultra) | A | Interest | J | T | | | | | |
| 28. California Bank & Trust - 1 Checking | A | Interest | K | T | | | | | |
| 29. Vanguard CA Money Market Fund - 2 | B | Interest | O | T | | | | | |
| 30. Cabrillo Federal Credit Union - 5 Savings | A | Interest | K | T | | | | | |
| 31. Vanguard CA Money Market Fund - 1 | A | Dividend | N | T | | | | | |
| 32. Rothschild General Money Mkt Fund - 2T | A | Interest | L | T | | | | | |
| 33. East Cedar Creek - 2T | A | Interest | | | Redeemed | 1/3/11 | K | A | |
| 34. Columbus Ind - 2T | A | Interest | | | Redeemed | 2/15/11 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Williamson Cnty Tex - 2T | A | Interest | | | Redeemed | 2/15/11 | K | A | |
| 36. Travis Cnty Tex - 2T | A | Interest | K | T | | | | | |
| 37. Longview TX - 2T | A | Interest | K | T | | | | | |
| 38. Pulaski Wis - 2T | A | Interest | | | Redeemed | 9/1/11 | K | A | |
| 39. La Crosse Wis - 2T | A | Interest | K | T | | | | | |
| 40. Kane Cty - 2T | A | Interest | K | T | Buy | 1/28/11 | K | | |
| 41. Frisco Tex - 2T | A | Interest | K | T | | | | | |
| 42. Marshall MI - 2T | A | Interest | K | T | | | | | |
| 43. St. Joseph Mich. - 2T | A | Interest | | | Redeemed | 11/1/11 | K | A | |
| 44. Palm Beach Cnty - 2T | A | Interest | K | T | | | | | |
| 45. Alaska Mun - 2T | A | Interest | K | T | | | | | |
| 46. Clark Cnty Nevada - 2T | A | Dividend | K | T | | | | | |
| 47. Winter Park FL - 2T | A | Dividend | K | T | | | | | |
| 48. Harris Cnty Tex. - 2T | A | Dividend | K | T | | | | | |
| 49. Sprinfield Ill. Elec. - 2T | A | Dividend | K | T | | | | | |
| 50. Mt. Pleasant - 2T | A | Dividend | K | T | | | | | |
| 51. Port Townsend WA - 2T | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oak Forest Ill - 2T | A | Dividend | K | T | | | | | |
| 53. Bolingbrook Ill - 2T | A | Interest | K | T | Buy | 2/23/11 | K | | |
| 54. Springfield Ill. Elec. - 2T | A | Dividend | K | T | | | | | |
| 55. Ceragon - 2T | A | Dividend | J | T | Buy | 6/16/11 | J | | |
| 56. Compugen - 2T | A | Dividend | J | T | | | | | |
| 57. Lanoptics Ltd - 2T (Name chnage: EZCHIP Semiconductor) | A | Dividend | K | T | Sold (part) | 5/27/11 | J | A | |
| 58. Devon Energy - 2T | A | Dividend | | | Sold | 10/21/11 | K | A | |
| 59. Dollar Tree - 2T | A | Dividend | J | T | | | | | |
| 60. McDonalds Corp - 2T | A | Dividend | J | T | Buy | 5/26/11 | J | | |
| 61. JP Morgan Chase - 2T | A | Dividend | | | Sold | 6/9/11 | J | A | |
| 62. Netlogic Microsystems - 2T | A | Dividend | K | T | | | | | |
| 63. Qualcomm Inc - 2T | A | Dividend | K | T | | | | | |
| 64. Quicklogic Corp - 2T | A | Dividend | J | T | | | | | |
| 65. Royal Dutch Petroleum - 2T | A | Dividend | J | T | | | | | |
| 66. Shengkai Innovations - 2T | A | Dividend | J | T | | | | | |
| 67. Royce Value - 2T | A | Dividend | J | T | Sold (part) | 12/21/11 | K | A | |
| 68. Market Vectors - 2T | A | Dividend | | | Sold | 10/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Approach Res - 2T | A | Dividend | | | Buy | 2/25/11 | J | | |
| 70. | | | | | Sold | 9/30/11 | J | A | |
| 71. Alcoa - 2T | A | Dividend | | | Buy | 1/4/11 | J | | |
| 72. | | | | | Sold | 10/21/11 | J | A | |
| 73. CF Inds - 2T | A | Dividend | | | Buy | 2/17/11 | J | | |
| 74. | | | | | Sold | 10/21/11 | J | A | |
| 75. Rothschild Gen Money Market Fund - 2B | A | Interest | J | T | | | | | |
| 76. Quicklogic Corp - 2B | A | Interest | | | Sold | 9/16/11 | J | A | |
| 77. American Century - 2B | A | Interest | J | T | | | | | |
| 78. American Century Small - 2B | A | Interest | J | T | Buy | 9/29/11 | J | | |
| 79. Franklin Rising - 2B | A | Interest | J | T | Buy | 10/4/11 | J | | |
| 80. Franklin Growth - 2B | A | Interest | J | T | | | | | |
| 81. Goldman - 2B | A | Interest | J | T | Buy | 9/29/11 | J | | |
| 82. Mutual Global - 2B | A | Interest | | | Sold | 2/4/11 | J | A | |
| 83. Oppemheimer Quest - 2B | A | Interest | J | T | | | | | |
| 84. Pimco Low - 2B | A | Interest | J | T | Sold (part) | 12/23/11 | J | A | |
| 85. Pimco Short - 2B | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Templeton Developing - 2B | A | Interest | J | T | Buy | 9/29/11 | J | | |
| 87. Franklin Templeton - 2B | A | Interest | J | T | | | | | |
| 88. Templeton Global - 2B | A | Interest | J | T | Buy | 9/29/11 | J | | |
| 89. E*Trade Tax-Exempt Cal. Fund - 1 | A | Interest | J | T | | | | | |
| 90. San Diego County Credit Union Checking - 1 | A | Interest | J | T | | | | | |
| 91. San Diego County Credit Union Savings - 1 | A | Interest | J | T | | | | | |
| 92. Rothschild Money Market Fund - 4 | A | Interest | J | T | | | | | |
| 93. Fundalmental Investors - 4 | A | Dividend | J | T | | | | | |
| 94. Lord Abbett - 4 | A | Dividend | J | T | | | | | |
| 95. Mutual Global - 4 | A | Dividend | | | Sold | 2/4/11 | J | A | |
| 96. Oppeneheimer Quest - 4 | A | Dividend | J | T | | | | | |
| 97. Pimco Low - 4 | A | Dividend | J | T | | | | | |
| 98. Pimco Short - 4 | A | Dividend | J | T | | | | | |
| 99. Franklin Templeton China - 4 | A | Dividend | J | T | | | | | |
| 100. Rothschild Money Market Fund - 5 | A | Interest | J | T | | | | | |
| 101. American Century - 5 | A | Interest | J | T | Buy | 5/5/11 | J | | |
| 102. Fundalmental Investors - 5 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lord Abbett - 5 | A | Dividend | J | T | | | | | |
| 104. Mutual Global - 5 | A | Dividend | | | Sold | 2/4/11 | J | A | |
| 105. Oppenheimer Quest - 5 | A | Dividend | J | T | | | | | |
| 106. Pimco Low - 5 | A | Dividend | J | T | | | | | |
| 107. Pimco Short - 5 | A | Dividend | J | T | | | | | |
| 108. Franklin Templeton China - 5 | A | Dividend | J | T | | | | | |
| 109. Vanguard High Yield - 3 Retirement | A | Interest | K | T | | | | | |
| 110. Vanguard Fixed (GMNA) - 3 Retirement | A | Interest | L | T | | | | | |
| 111. Pooled Investment Account - 3 Retirement | A | Dividend | N | T | | | | | |
| 112. Calamos Growth Fund - 3 Retirement | A | Dividend | K | T | | | | | |
| 113. American Funds - 3 Retirement | A | Dividend | K | T | | | | | |
| 114. Royce Low Priced - 3 Retirement | C | Dividend | L | T | | | | | |
| 115. Templeton Foreign - 3 Retirement | B | Dividend | K | T | | | | | |
| 116. T. Rowe Price Value Adv - 3 Retirement | B | Dividend | K | T | | | | | |
| 117. Vanguard 500 Index - 3 Retirment | B | Dividend | K | T | | | | | |
| 118. Rothschild Money Mkt Fund - 6 | A | Interest | J | T | | | | | |
| 119. BMW BK - 6 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Nevada St - 6 | A | Interest | K | T | | | | | |
| 121. Morgan Stanley - 6 | A | Interest | K | T | | | | | |
| 122. Compugen - 6 | A | Dividend | | | Sold | 9/7/11 | J | A | |
| 123. Ceragon - 6 | A | Dividend | J | T | Buy | 6/16/11 | J | | |
| 124. EZChip - 6 | A | Dividend | J | T | | | | | |
| 125. Devon - 6 | A | Dividend | | | Sold | 8/25/11 | J | A | |
| 126. Dollar Tree - 6 | A | Dividend | J | T | | | | | |
| 127. Duke Energy - 6 | A | Dividend | J | T | | | | | |
| 128. General Electric - 6 | A | Dividend | J | T | | | | | |
| 129. Merck - 6 | A | Dividend | | | Sold | 1/28/11 | J | A | |
| 130. Microsoft - 6 | A | Dividend | | | Sold | 4/20/11 | J | A | |
| 131. Netlogic - 6 | A | Dividend | J | T | | | | | |
| 132. Qualcomm - 6 | A | Dividend | J | T | | | | | |
| 133. Verizon - 6 | A | Dividend | J | T | | | | | |
| 134. DTE Energy - 6 | A | Dividend | | | Sold | 12/29/11 | J | A | |
| 135. Saturns Sears - 6 | A | Dividend | | | Sold | 9/7/11 | J | A | |
| 136. Sears Roebuck - 6 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Royce Value - 6 | A | Dividend | J | T | Sold (part) | 12/12/11 | J | A | |
| 138. Approach Res - 6 | A | Dividend | | | Buy | 3/1/11 | J | | |
| 139. | | | | | Sold | 9/7/11 | J | A | |
| 140. Alcoa - 6` | A | Dividend | | | Buy | 1/4/11 | J | | |
| 141. | | | | | Sold | 8/25/11 | J | A | |
| 142. Rothschild Money Mkt Fund - 7 | A | Interest | J | T | | | | | |
| 143. Federal Home Ln Bks - 7 | A | Interest | K | T | Buy | 10/25/11 | K | | |
| 144. Federal Home Ln Mtg - 7 | A | Interest | K | T | Buy | 11/18/11 | K | | |
| 145. Sallie Mae - 7 | A | Interest | | | Redeemed | 5/20/11 | K | A | |
| 146. Gibraltar - 7 | A | Interest | | | Redeemed | 7/28/11 | K | A | |
| 147. Osceola Cnty - 7 | A | Interest | | | Redeemed | 6/1/11 | K | A | |
| 148. Houston Tex - 7 | A | Interest | K | T | | | | | |
| 149. Houston Tex - 7 | A | Interest | J | T | Buy | 1/1/11 | J | | |
| 150. Lloyds TSB - 7 | A | Interest | K | T | Buy | 7/22/11 | K | | |
| 151. Ceragon - 7 | A | Dividend | J | T | Buy | 6/16/11 | J | | |
| 152. Compugen - 7 | A | Dividend | J | T | | | | | |
| 153. EZChip - 7 | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. General Electric - 7 | A | Dividend | J | T | | | | | |
| 155. JP Morgan - 7 | A | Dividend | | | Sold | 6/9/11 | J | A | |
| 156. Merck - 7 | A | Dividend | | | Sold | 1/28/11 | J | A | |
| 157. Microsoft - 7 | A | Dividend | | | Sold | 4/20/11 | J | A | |
| 158. Netlogic - 7 | A | Dividend | J | T | | | | | |
| 159. Qualcomm - 7 | A | Dividend | J | T | | | | | |
| 160. Quicklogic - 7 | A | Dividend | J | T | | | | | |
| 161. Verizon - 7 | A | Dividend | J | T | | | | | |
| 162. Royce Value - 7 | A | Dividend | J | T | Sold (part) | 12/21/11 | J | A | |
| 163. Market Vectors - 7 | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 164. SPDR Gold - 7 | A | Dividend | J | T | Sold (part) | 12/9/11 | J | A | |
| 165. Alcoa - 7 | A | Dividend | | | Buy | 1/4/11 | J | | |
| 166. | | | | | Sold | 10/21/11 | J | A | |
| 167. Devon - 7 | A | Dividend | | | Buy | 2/24/11 | J | | |
| 168. | | | | | Sold | 10/21/11 | J | A | |
| 169. Morgan Stanley Cash - 8 | A | Interest | J | T | | | | | |
| 170. Belden - 8 | A | Dividend | | | Sold | 4/9/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Boeing - 8 | A | Dividend | J | T | | | | | |
| 172.  CenturyLink - 8 | A | Dividend | J | T | Buy | 1/1/11 | J | | |
| 173.  Cisco -8 | A | Dividend | J | T | | | | | |
| 174.  Duke Energy - 8 | A | Dividend | J | T | | | | | |
| 175.  Euroseas - 8 | A | Dividend | J | T | | | | | |
| 176.  General Electric - 8 | A | Dividend | J | T | Sold (part) | 2/22/11 | J | A | |
| 177.  Health Care REIT - 8 | A | Dividend | J | T | | | | | |
| 178.  Natural Res. - 8 | A | Dividend | J | T | | | | | |
| 179.  Qualcomm - 8 | A | Dividend | J | T | | | | | |
| 180.  QWest - 8 | A | Dividend | | | Sold | 4/1/11 | J | A | |
| 181.  Wal Mart - 8 | A | Dividend | | | Sold | 4/19/11 | J | A | |
| 182.  Nevada St. - 8 | A | Interest | K | T | | | | | |
| 183.  JPMorgan - 8 | A | Interest | | | Redeemed | 1/18/11 | J | A | |
| 184.  General Electric - 8 | A | Interest | | | Redeemed | 2/22/11 | J | A | |
| 185.  Morgan Stanley - 8 | A | Interest | | | Redeemed | 4/1/11 | J | A | |
| 186.  Energy Transfer - 8 | A | Interest | J | T | | | | | |
| 187.  Dow - 8 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Wells Fargo - 8 | A | Interest | J | T | | | | | |
| 189. Phillip Morris - 8 | A | Interest | J | T | | | | | |
| 190. Altria - 8 | A | Interest | J | T | | | | | |
| 191. Hess - 8 | A | Interest | J | T | | | | | |
| 192. Wellpoint - 8 | A | Interest | J | T | | | | | |
| 193. Morgan Stanley - 8 | A | Interest | J | T | | | | | |
| 194. Goldman Sachs - 8 | A | Interest | J | T | | | | | |
| 195. Dupont - 8 | A | Interest | J | T | | | | | |
| 196. Bank of America | A | Interest | J | T | | | | | |
| 197. Comcast - 8 | A | Interest | J | T | | | | | |
| 198. Morgan Stanley - 8 | A | Interest | J | T | | | | | |
| 199. Marathon Oil - 8 | A | Interest | J | T | | | | | |
| 200. Target - 8 | A | Interest | J | T | | | | | |
| 201. AT&T - 8 | A | Interest | J | T | | | | | |
| 202. Verizon - 8 | A | Interest | J | T | | | | | |
| 203. Indiana Michigan Power - 8 | A | Interest | J | T | | | | | |
| 204. Franklin Mutual - 8 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Pimco - 8 | A | Dividend | J | T | | | | | |
| 206. Templeton Global - 8 | A | Dividend | J | T | | | | | |
| 207. Van Eck Global - 8 | A | Dividend | J | T | | | | | |
| 208. Unit Guggenheim - 8 | A | Dividend | K | T | Buy | 4/19/11 | K | | |
| 209. Apple - 1 | A | Dividend | J | T | Buy | 9/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions - All assets in the _____ Trust and the _____ Trusts are listed in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 06/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nita L. Stormes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544